IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

TOM WELLS,
    Plaintiff,

vs.                               Case No. 3:12cv230/MCR/CJK

ESCAMBIA COUNTY, et al.,
    Defendants.
_____

O R D E R

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on August 8, 2012, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any,[1] the Recommendation is adopted as the opinion of the Court.

Accordingly, it is now ORDERED as follows:

1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.     This cause is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and failure to keep the court informed of his current address.

3.     The clerk is directed to close the file.

DONE AND ORDERED this 31st day of October, 2012.

*M. Casey Rodgers*
M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] No objections were filed. The mail sent to the plaintiff was returned as undeliverable.